IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH HOFER, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SYNCHRONY BANK, | ) ) ) |
| Defendant. | ) |

Case No. 4:14-cv-1865-CDP

Hon. Judge Catherine D. Perry

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Joseph Hofer and Defendant Synchrony Bank hereby stipulate as follows:

WHEREAS, Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that, "[s]ubject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing ... a stipulation of dismissal signed by all parties who have appeared[;]"

WHEREAS, the parties have agreed to stipulate to the dismissal of Plaintiff Hofer's claims in this action on an individual basis, without prejudice; and

WHEREAS, no class has been certified in this action, and the claims of putative class members will not be affected by the individual dismissal of Plaintiff's claims;

NOW, THEREFORE, the parties hereby stipulate to the dismissal of Plaintiff Hofer and the putative class' claims without prejudice, with each party bearing its own costs.

1

| | |
|---|---|
| Dated: February 11, 2016 | Respectfully submitted, |
| SYNCHRONY BANK | JOSEPH HOFER |
| By:  /s/                                       | By:  /s/                                       |
|     Glennon P. Fogarty<br>    HUSCH BLACKWELL, LLP<br>    190 Carondelet Plaza, Suite 600<br>    St. Louis, MO 63105<br>    Telephone: (314) 480-1500<br>    Facsimile: (314) 480-1505<br>    glennon.fogarty@huschblackwell.com |     Alexander H. Burke<br>    BURKE LAW OFFICES, LLC<br>    155 N. Michigan Ave., Suite 9020<br>    Chicago, IL 60601<br>    Telephone: (312) 729-5289<br>    Facsimile: (312) 729-5288<br>    aburke@burkelawllc.com |
|     Julia B. Strickland<br>    Marcos D. Sasso<br>    Julieta Stepanyan<br>    STROOCK & STROOCK & LAVAN LLP<br>    2029 Century Park E., 16th Floor<br>    Los Angeles, CA 90067<br>    Telephone: (310) 556-5800<br>    Facsimile: (310) 556-5959<br>    jstrickland@stroock.com<br>    jstepanyan@stroock.com<br>    msasso@stroock.com |     Robert T. Healey, Jr.<br>    E.D. Mo. No. 34138MO<br>    HEALEY LAW, LLC<br>    640 Cepi Dr., Suite A<br>    Chesterfield, MO 63005<br>    Telephone: (314) 401-3261<br>    Facsimile: (636) 590-2882<br>    bob@healeylawllc.com<br><br>*Counsel for Plaintiff* |
| *Counsel for Defendant* | |